## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**HEATHER SPURLOCK, SOPHIA
CARRASCO, and NINA CARRERA**

     **Plaintiffs,**

**v.**

                               **No. 09-cv-0786 WJ/SMV**

**ANTHONY TOWNES & BARBARA
WAGNER in their individual capacities,
and CORRECTIONS CORPORATION
OF AMERICA,**

     **Defendants.**

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR CORRECTIONS CORPORATION OF AMERICA AND BARBARA WAGNER

THIS MATTER is before the Court on an Unopposed Motion to Withdraw as Counsel for Corrections Corporation of America and Barbara Wagner [Doc. 346]. The Court, having considered that the firm of Struck, Wieneke & Love, P.C. (Dan Struck and Tina Retts) will continue to represent Defendants, being advised that the motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Unopposed Motion to Withdraw as Counsel for Corrections Corporation of America and Barbara Wagner [Doc. 346] is **GRANTED.** Rodey, Dickason, Sloan, Akin & Robb, P.A. (Aaron C. Viets) is **WITHDRAWN** as counsel for Defendants Corrections Corporation of American and Barbara Wagner.

**IT IS SO ORDERED**.

                                            _____
                                            **STEPHAN M. VIDMAR**
                                            **United States Magistrate Judge**